Certificate Number: 15317-HI-CC-021311576



15317-HI-CC-021311576

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 1, 2013, at 3:27 o'clock AM PDT, Kathleen Mesa received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Hawaii, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 1, 2013                    By:     /s/John Dayo

                                        Name:   John Dayo

                                        Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).