```
                                   United States Bankruptcy Court
                                        District of Hawaii
In re:                                                              Case No. 13-01152-rjf
Anthony Tarano Mesa                                                 Chapter 13
Kathleen Mesa
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0975-1          User: lisa                    Page 1 of 3                  Date Rcvd: Jul 05, 2013
                              Form ID: b9i                  Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2013.
db/jdb     +Anthony Tarano Mesa,   Kathleen Mesa,   94-1060 Paha Place, # K-2,   Waipahu, HI 96797-4227
tr         +Howard M.S. Hu,   1132 Bishop Street, Suite 301,   Honolulu, HI 96813-2814
smg         Department of Taxation, State of Hawaii,   Attn: Bankruptcy Unit,   P.O. Box 259,
             Honolulu, HI 96809-0259
1221506    +A R Recovery Solutions Of Hawaii,   94-229 Waipahu Depot St., Suite 401,
             Waipahu , HI 96797-3034
1221507    +Allan K. Izumi, M.d., Llc,   1380 Lusitana Street, Suite 412,   Honolulu, HI 96813-2440
1221508     American Medical Response,   PO Box 31001-1561,   Pasadena, CA 91110-1561
1221509    +Ashford & Wriston, Llp,   Alii Place, Suite 1400,   1099 Alakea Street,   Honolulu, HI 96813-4500
1221510    +Attorney General,   425 Queen St.,   Honolulu, HI 96813-2903
1221511    +Cash in Advance,   880 Kamehameha Hwy.,   Pearl City, HI 96782-2649
1221512     Eastern Savings Bank, Fsb,   11350 Mccormick Rd,   Executive Plaza 2,,   Hunt Valley, MD 21031
1221514    #+Ekimoto & Morris, Llc,   1001 Bishop Street,   Suite 780,   Honolulu, HI 96813-3484
1221515     Emp Of Honolulu Pali Momi,   PO Box 637329,   Cincinnati, OH 45263-7329
1221517    +Gordon D. Wee, Dds,   94-1036 Waipio Uka St., Suite 107,   Waipahu, HI 96797-4050
1221518    +Hawaii Dept. of Taxation,   Bankruptcy Unit,   PO Box 259,   Honolulu, HI 96809-0259
1221519     Hawaii Pacific Health,   Mail Code 61147,   P.O. Box 30660,   Honolulu, HI 96820-0660
1221520    +Hawaiian Properties, Ltd,   PO Box 38078,   Honolulu, HI 96837-1078
1221521    +Hawaiiana Management Co., Ltd,   711 Kapiolani Blvd., Suite 700,   Honolulu, HI 96813-5249
1221522    +Hawaiiusa Federal Credit Union,   1226 College Walk,   Honolulu, HI 96817-3995
1221525     Jefferson Capital Systems, LLC,   PO BOX 953185,   ST LOUIS, MO 63195-3185
1221526     Michael K.Y. Chun, Dpm,   98-1079 Moanalua Rd, Ste 400,   Aiea, HI 96701-4715
1221528     Pacific Radiology Group INC,   321 N Kuakini St, Ste 405,   Honolulu, HI 96817-2391
1221530    +Rylie Richmond - Commissioner's Fee,   3418 Kanaina Ave,   Honolulu, HI 96815-4227
1221523    +inspiration,   98-1005 Moanalua Rd., #Fs2,   Aiea, HI 96701-4703
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: oaten@hawaii.rr.com Jul 05 2013 23:51:01     Blake Goodman,
             900 Fort Street Mall, Suite 1727,   Honolulu, HI  96813
1221516    +EDI: PHINAMERI.COM Jul 05 2013 23:53:00     GM Financial,   PO Box 183834,
             Arlington, TX 76096-3834
1221524     EDI: IRS.COM Jul 05 2013 23:53:00     IRS,   P.O. Box 21226,   Philadelphia, PA 19114
1221527     EDI: MID8.COM Jul 05 2013 23:53:00     Midland Credit Management, Inc.,   8875 Aero Dr. Ste. 200,
             San Diego, CA 92123-2255
1221529     EDI: PRA.COM Jul 05 2013 23:53:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
1221531    +EDI: AGFINANCE.COM Jul 05 2013 23:53:00     Springleaf Financial Services Of HI, Inc,
             94-1040 Waipio Uka St., Suite 7,   Waipahu , HI 96797-4083
1221532     EDI: AISTMBL.COM Jul 05 2013 23:53:00     T-Mobile,   PO Box 51843,   Los Angeles, CA 90051-6143
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1221513*     Eastern Savings Bank, Fsb,   11350 Mccormick Rd,   Executive Plaza 2,,   Hunt Valley , MD 21031
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2013**                    Signature:    *Joseph Speetjens*

District/off: 0975-1           User: lisa            Page 3 of 3               Date Rcvd: Jul 05, 2013
                              Form ID: b9i            Total Noticed: 30

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2013 at the address(es) listed below:
          Blake  Goodman    on behalf of Debtor Anthony Tarano Mesa oaten@hawaii.rr.com,
           Elisha@hawaii.rr.com;bkblakegoodman@gmail.com;trista@hawaii.rr.com
          Blake  Goodman    on behalf of Joint Debtor Kathleen  Mesa oaten@hawaii.rr.com,
           Elisha@hawaii.rr.com;bkblakegoodman@gmail.com;trista@hawaii.rr.com
          Howard M.S. Hu    Ch13mail@aol.com,  michael_dowling@hib.uscourts.gov
          Office of the U.S. Trustee    ustpregion15.hi.ecf@usdoj.gov

                                                                                                                                                       TOTAL: 4

| B9I (Official Form 9I) (Chapter 13 Case) (12/12) | Case Number **13–01152** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/5/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Anthony Tarano Mesa<br>aka Tony Mesa<br>94–1060 Paha Place, # K–2<br>Waipahu, HI 96797 | Kathleen Mesa<br>aka Kathy Mesa<br>94–1060 Paha Place, # K–2<br>Waipahu, HI 96797 |
| Case Number:<br>13–01152 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3417<br>xxx–xx–5968 |
| Attorney for Debtor(s) (name and address):<br>Blake Goodman<br>900 Fort Street Mall, Suite 1727<br>Honolulu, HI 96813<br>Telephone number: 808.528.4274 | Bankruptcy Trustee (name and address):<br>Howard M.S. Hu<br>1132 Bishop Street, Suite 301<br>Honolulu, HI 96813<br>Telephone number: (808) 526–3083 |

## Meeting of Creditors
Date: **August 15, 2013**        Time: **08:30 AM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **11/13/13**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **1/2/14**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/15/13

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Filing of Plan, Hearing on Confirmation of Plan
A hearing on confirmation of the debtor's plan is scheduled for **9/19/13**, at **09:40 AM**, in the **U.S. Bankruptcy Courtroom, 1132 Bishop Street, Suite 250, Honolulu, Hawaii.**. The deadline to file an objection to confirmation is 7 days before the hearing or 21 days after the filing of an amended plan, whichever is later. The hearing may be continued to provide sufficient time to object or may be canceled if no timely objections are filed. If you do not receive a copy of the plan with this notice, the debtor is responsible for sending you the plan separately.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 7/5/13 |

U.S. Bankruptcy Court - Hawaii   #13-01152   Dkt # 7   Filed  07/07/13   Page 4 of 5

**EXPLANATIONS** B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**